UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 NOV -5 AM 9:48

DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. '07 MJ 2588 |
| Plaintiff, | ) | |
| v. | ) | **COMPLAINT FOR VIOLATION OF:** |
| **Jose Trinidad RODRIGUEZ-Arroyo** | ) | Title 8, U.S.C., Sec. 1326 – Attempted Entry After Deportation (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about **November 2, 2007**, within the Southern District of California, defendant **Jose Trinidad RODRIGUEZ-Arroyo**; an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at the **Otay Mesa, California, Port of Entry,** without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3)and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF **NOVEMBER 2007**.

UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**



[illegible]

[illegible] the United States [illegible]

[illegible]

[illegible] by an Immigration Judge on August [illegible], 200[illegible] and was removed on August [illegible], 2007. Immigration service records indicate no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he is a citizen and native of Mexico by virtue of birth in San [illegible], Durango, Mexico and was going to Los Angeles, California to resume residency. Defendant further admitted he was previously deported from the United States by an Immigration Judge. Defendant further admitted he attempted to enter the United States from Mexico by claiming to be a United States citizen and that he has not applied for nor received permission to legally re-enter the United States.

Executed at 11:00 PM on November 2, 2007.

Nicolas Gonzales Jr/ CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on November 2, 2007 in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

11-3-07 @ 12:38 pm
DATE / TIME



**Probable Cause Statement**

I, United States Customs and Border Protection (CBP) Enforcement Officer Nicolas Gonzales, declare under penalty of perjury the following to be true and correct:

On November 2, 2007 at approximately 2:33 PM., a male individual later identified as **Jose Trinidad RODRIGUEZ-Arroyo (Defendant)**, attempted to enter the United States from Mexico at the Otay Mesa, California Port of Entry, vehicle primary. Defendant claimed to be a United States Citizen and presented a U.S. Veterans identification bearing his name and picture as his entry document to a Customs and Border Protection (CBP) Officer. Defendant further stated to the CBP Officer that he was going to Los Angeles, CA. Upon request, Defendant was unable to explain to the CBP Officer how he had become a United States citizen. The CBP Officer referred the vehicle and its occupants to the secondary area for further inspection.

During secondary inspection, Defendant's fingerprints were obtained and queried through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and previously deported/removed alien.

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) also confirmed Defendant to be a citizen of Mexico with no legal documents to enter the United States. CIS and DACS system queries revealed Defendant was administratively removed from the United States to Mexico on or about March 28, 1994, July 31, 1998, and March 03, 2003. Additionally, Defendant was ordered deported from the United States by an Immigration Judge on August 09, 2005 and reinstated on August 06, 2007. Immigration service records indicate no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he is a citizen and native of Mexico by virtue of birth in San Antogenes, Durango, Mexico and was going to Los Angeles, California to resume residency. Defendant further admitted he was previously deported from the United States by an Immigration Judge. Defendant further admitted he attempted to enter the United States from Mexico by claiming to be a United States citizen and that he has not applied for nor received permission to legally re-enter the United States.

Executed at 11:00 PM on November 2, 2007.

Nicolas Gonzales Jr/ CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page, I find probable cause to believe that the defendant named therein committed the offense on **November 2, 2007** in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

DATE / TIME