1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jose Trinidad Rodriguez-Arroyo

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,      )  Case No. 07MJ2588
   |                                )
12 |         Plaintiff,             )
   |                                )
13 | v.                             )  **CERTIFICATE OF SERVICE**
   |                                )
14 | JOSE TRINIDAD RODRIGUEZ-ARROYO,)
   |                                )
15 |         Defendant.             )
   |_____)

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov

21                                     Respectfully submitted,

23 DATED:    November 7, 2007         /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Jose Trinidad Rodriguez-Arroyo